# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BEATRICE HUDSON,** | ) | **CASE NO. 8:06CV448** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **B.A.D.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on plaintiff's Motion to Dismiss (Filing No. 4). The motion is granted and the case is dismissed without prejudice.

IT IS ORDERED:

1. That the plaintiff's motion to dismiss (Filing No. 4) is granted;

2. That the plaintiff's motion for leave to proceed in forma pauperis (Filing No. 2) is denied as moot; and

3. That a separate judgment will be entered in accordance with this Order.

DATED this 5th day of July, 2006.

                BY THE COURT:

                s/Laurie Smith Camp
                United States District Judge